# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

| | |
|---|---|
| ANTHONY WAYNE THOMAS, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | Case No.: 09-cv-412-slc |
| v. | |
| STATE BANK @ JERRY HUBER and CHILD SUPPORT WI, | |
| Defendants. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

### IT IS ORDERED AND ADJUDGED

**This case is dismissed against defendants.**

**PETER OPPENEER**

**Peter Oppeneer, Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____7/7/09_____
Date